UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE TRUSTEES OF THE UNITED TEAMSTER     Case No. 07 CV 1425
FUND and THE TRUSTEES OF THE UNITED     (TPG)(FM)
TEAMSTER PENSION FUND "A"

                              Plaintiffs,

       -against-

M.Y. PRODUCE, INC. and YOUNG KIM,

                              Defendants.
------------------------------------------------------------------X

## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                              ) s.s.:
COUNTY OF NEW YORK  )

      MILO SILBERSTEIN, an attorney duly admitted to practice in the United States District Court, Eastern District of New York, hereby affirms under the penalty of perjury that on January 14, 2008, I served a true copy of the Plaintiff's Application for Certificate of Default against Defendants M.Y. Produce, Inc. and Young Kim, Affidavit in Support, with exhibits annexed thereto, including the proposed Clerk's Certificate of Default, by depositing true copies of the same in a sealed envelope, with postage prepaid thereon for Express Mail Next Day Delivery, in a post office or official depository of the U.S. Postal Service within the State of New York designated for Express Mail, prior to the latest time designated for overnight delivery, to each of the last-known addresses of the addressees as indicated below:

    M.Y. Produce, Inc.                              Mr. Young Kim
    264-265 Hunts Point Terminal Market    President, M.Y. Produce, Inc.
    Row B                                            249-19 Thornhill Avenue
    Bronx, New York 10474                        Flushing, New York 11362

                                                                MILO SILBERSTEIN (4637)