DEALY & SILBERSTEIN, LLP
William J. Dealy (WD 9776)
Milo Silberstein (MS 4637)
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066
*Attorneys for Plaintiffs the Trustees of*
*the United Teamster Fund and the Trustees*
*of the United Teamster Pension Fund "A"*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| THE TRUSTEES OF THE UNITED TEAMSTER FUND and THE TRUSTEES OF THE UNITED TEAMSTER PENSION FUND "A"<br><br>                                   Plaintiffs,<br><br>           -against-<br><br>M.Y. PRODUCE, INC. and<br>YOUNG KIM,<br><br>                                   Defendants. | Case No. 07 CV 10476<br>(TPG) (FM)<br><br><br><br>**NOTICE OF DISMISSAL**<br>ECF Action |

------------------------------------------------------------------X

SIRS:

      PLEASE TAKE NOTICE that pursuant to FRCP 41(a)(1), the attorneys for Plaintiffs the TRUSTEES OF THE UNITED TEAMSTER FUND and the TRUSTEES OF THE UNITED TEAMSTER PENSION FUND "A" hereby discontinue the above-entitled action, as to Defendants M.Y. PRODUCE, INC. and YOUNG KIM, without costs to either party as against the other and without prejudice.

Dated: New York, New York
June 4, 2008

                              DEALY & SILBERSTEIN, LLP

By: _____
      Milo Silberstein (MS 4637)
*Attorneys for Plaintiffs the Trustees of the*
*United Teamster Fund and the Trustees of*
*the United Teamster Pension Fund "A"*
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066