DEALY & SILBERSTEIN, LLP
William J. Dealy (WD 9776)
Milo Silberstein (MS 4637)
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066
*Attorneys for Plaintiffs the Trustees of
the United Teamster Fund and the Trustees
of the United Teamster Pension Fund "A"*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE TRUSTEES OF THE UNITED TEAMSTER            Case No. 07 CV 10476
FUND and THE TRUSTEES OF THE UNITED            (TPG) (FM)
TEAMSTER PENSION FUND "A"

                       Plaintiffs,                      **NOTICE OF DISMISSAL**
                                                                 ECF Action

                -against-

M.Y. PRODUCE, INC. and
YOUNG KIM,

                       Defendants.
-----------------------------------------------------------------X

SIRS:

       PLEASE TAKE NOTICE that pursuant to FRCP 41(a)(1), the attorneys for Plaintiffs the TRUSTEES OF THE UNITED TEAMSTER FUND and the TRUSTEES OF THE UNITED TEAMSTER PENSION FUND "A" hereby discontinue the above-entitled action, as to Defendants M.Y. PRODUCE, INC. and YOUNG KIM, without costs to either party as against the other and without prejudice.

Dated: New York, New York
      June 4, 2008

                                                DEALY & SILBERSTEIN, LLP

                                           By: _____
                                                   Milo Silberstein (MS 4637)
                                         *Attorneys for Plaintiffs the Trustees of the*
                                         *United Teamster Fund and the Trustees of*
                                         *the United Teamster Pension Fund "A"*
                                         225 Broadway, Suite 1405
                                         New York, New York 10007
                                         (212) 385-0066

*So ordered.*

*[signature]*
*U.S.D.J.*
*Part I*

6/11/08